CHARLES LA BELLA
Deputy Chiefs
THOMAS B. W. HALL
ALISON ANDERSON
Trial Attorneys
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW
Washington, DC 20530
(202) 616-1682

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. 2:13-cr-00018-JCM-GWF |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RICKY ANDERSON, ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION FOR APPLICATION OF PROTECTIVE ORDER**

On May 13, 2014, the Court entered a stipulated protective order in this case. (Doc. No. 283). The protective order applied only to Defendants Benzer, Gregory, McChesney, Ruvolo, and Ball. Although Defendant Ricky Anderson is scheduled for a change of plea hearing on Friday, June 6 (Doc. No. 288), counsel for Defendant Anderson have asked to be added to the protective order so that they also may review this discovery. The United States does not oppose counsel for Defendant Anderson being added to the protective order, and so moves the Court for such an order.

Counsel for the United States has conferred with counsel for Defendant Anderson and they do not oppose this motion.

1

1
2
3   Respectfully submitted,
4
5   JEFFREY H. KNOX
    Chief, U.S. Department of Justice
    Fraud Section, Criminal Division
6
7   */s/ Thomas B.W. Hall*
    THOMAS B.W. HALL
8   Trial Attorney, U.S. Dept. of Justice
    Criminal Division, Fraud Section
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:13-cr-00018-JCM-GWF |
| Plaintiff, ) | |
| v. ) | |
| RICKY ANDERSON, ) | ~~(PROPOSED)~~ **ORDER** |
| Defendant. ) | |

## ORDER

Based on the United States's unopposed motion and good cause so appearing, it is ORDERED that Defendant Ricky Anderson and his counsel are bound to the stipulated protective order entered in this case on May 13, 2014 (Doc. No. 283).

_____
HON. GEORGE FOLEY JR.
UNITED STATES MAGISTRATE JUDGE
Dated: June 3, 2014

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) CASE NO. 2:13-cr-00018-JCM-GWF<br>) |
| Plaintiff, | ) |
| v. | ) |
| RICKY ANDERSON, | ) |
| Defendant. | ) |

I, the undersigned, hereby certify that this pleading was filed with the clerk of court via ECF and will be served electronically via ECF on all parties that have entered their appearances in this case.

Dated: June 2, 2014

JEFFREY H. KNOX
Chief, U.S. Department of Justice
Fraud Section, Criminal Division

*/s/ Thomas B.W. Hall*
THOMAS B.W. HALL
Trial Attorney, U.S. Dept. of Justice
Criminal Division, Fraud Section