**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:13-cr-00018-JCM-GWF |
| vs. | ) | **ORDER** |
| LEON BENZER, *et al.*, | ) | |
| Defendants. | ) | |

This matter is before the Court on Defendant Ricky Anderson's Emergency Motion for Outside Medical Treatment (#313) filed July 24, 2014.  The Court conducted a hearing in this matter on July 29, 2014.  After considering the papers submitted by the parties, as well as oral argument by counsel, the matter having been submitted following argument for decision, and good cause appearing,

**IT IS ORDERED** that Defendant Ricky Anderson's Emergency Motion for Outside Medical Treatment (#313) is **granted**.  The Court orders that the U. S. Marshal Service transport Defendant Ricky Anderson to a competent outside medical facility or physician for examination and for appropriate treatment as deemed reasonable and necessary.

DATED this 6th day of August, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge