1

2

3

4                          UNITED STATES DISTRICT COURT

5                               DISTRICT OF NEVADA

6                                      * * *

7    UNITED STATES OF AMERICA,                    Case No. 2:13-CR-18 JCM (GWF)

8                              Plaintiff(s),                 ORDER

9            v.

10   LEON BENZER, et al.,

11                             Defendant(s).

12

13           Presently before the court is *pro se* petitioner Ricky Anderson's motion for *nunc pro tunc*

14   judgment.  (ECF No. 792).

15           On May 21, 2015, the court sentenced petitioner eighteen (18) months in custody to run

16   ***consecutively*** to the state of Texas case number 199-81245-048, with three (3) years of supervised

17   release.  (ECF Nos. 613, 736).

18           In the instant motion, petitioner requests that the court correct the judgment, arguing that

19   the federal sentence was to run "concurrently" with the state sentence.  In particular, petitioner

20   asserts that "there was some type of miscommunication and the sentence was marked down as

21   consecutive."  (ECF No. 792 at 5).

22           The court disagrees as the record does not support petitioner's version of the events.  To

23   the contrary, the record supports that the federal sentence was to run "consecutively" to the state

24   sentence.  Accordingly, the court will deny petitioner's motion.

25   . . .

26   . . .

27   . . .

28

**James C. Mahan**
**U.S. District Judge**

1

Accordingly,

2

IT IS HEREBY ORDERED that petitioner's motion for *nunc pro tunc* judgment (ECF No.

3

792) be, and the same hereby is, DENIED.

4

DATED February 7, 2017.

5

6

_____

7

UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**